UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA        *     CRIMINAL DOCKET NO. 04-096

                      v.        *     SECTION: "L"

CAROL GASPAR                    *
      a/k/a Carol Boutte
            Carol Bennett       *
            Carol Williams
                                *

                      *     *     *

O  R  D  E  R

**BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(I), seeking a modification of the term of imprisonment of the defendant, Carol Gaspar, to time served, and commencement of a three-year term of supervised release previously imposed.  The Court finds:

1.   Carol Gaspar pled guilty to Conspiracy to Defraud the Government by Submitting False Claims, in violation of 18 U.S.C. § 286.

2.   Ms. Gaspar was sentenced on March 2, 2005, in the United States District Court for the Eastern District of Louisiana, to a 24-month term of imprisonment followed by a three-year term of supervised release.

3.   Her projected release date is January 7, 2007, via Good Conduct Time.

1

4.   Ms. Gaspar, age 55, has been diagnosed with end-stage pulmonary disease secondary to sarcoidosis.  She is advanced in her disease and will require a lung transplant to survive.  Without the transplant her prognosis is very poor and her life expectancy is less than one year.  Ms. Gaspar is an in-patient in the hospital unit in the Federal Medical Center, Carswell, Texas, and is able to independently perform her Activities of Daily Living.  She is sedentary due to her pulmonary condition.

5.   Title 18 U.S.C. § 3582(c)(1)(A)(I) authorizes the Court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.  The Director of the Bureau of Prisons contends, and this Court agrees, that the defendant's debilitated medical condition and very poor prognosis constitutes extraordinary and compelling reasons that warrant the requested reduction.

**IT IS HEREBY ORDERED** that the defendant's term of imprisonment is hereby reduced to the time she has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as her medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon her release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving a three-year term of supervised release previously imposed.

New Orleans, Louisiana, this ___8th___ day of ___November___, 2006.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

3